# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3899

_____

| | | |
|---|---|---|
| Charles W. Armentrout, III, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| St. Louis City; Freeman Bosley, Jr.; | * | |
| Edward F. Tripp; Phillip McLarin; | * | |
| Howard Ferguson; Michael Tidwell; | * | |
| Carl Gilmore; Phyllis Keeton; Sam | * | |
| Smith; Casey; Henry Reese; Leonard | * | Appeal from the United States |
| Edwards; Daniel Gleifrost; Terrance | * | District Court for the |
| Gibson; David Clayton; Robert House; | * | Eastern District of Missouri. |
| Ernest Dorsey; Unknown Diggs; | * | |
| Unknown Stewart; David Green; | * | [UNPUBLISHED] |
| Raymond Brown; Anthony Smith; | * | |
| Horace Blankenship; Richard White; | * | |
| Unknown Harvey; Betty Udo; Arnold | * | |
| Porter; Unknown Dean; Deborah Van | * | |
| Arink, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  January 28, 1999
Filed:  February 9, 1999

_____

Before FAGG, HEANEY, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Missouri prisoner Charles W. Armentrout appeals from the district court's order denying him leave to proceed in forma pauperis (IFP) under the "three strikes" provision of 28 U.S.C. § 1915(g).  For the reasons stated in our opinion addressing another appeal filed by Armentrout presenting the same issue, see Armentrout v. Tyra, No. 98-3161, we grant Armentrout leave to proceed IFP and remand for further proceedings.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.